

Steven J. Cohen (SC-1289)
WACHTEL & MASYR, LLP
Attorneys for Plaintiff
110 East 59th Street
New York, NY 10022
(212) 909-9500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARGO TURBOSERVE CORPORATION,   :   Case No. 07 CIV 8410 (RMB)
                                                            ECF CASE
            Plaintiff,                              :   RULE 7.1 STATEMENT

      -against-                                     :

DEAN ANGELLE AND DENISE ANGELLE,   :

            Defendants.                         :
------------------------------------------------------------x

   Pursuant to Rule 7.1 (formerly Local General Rule 9) of the local rules of the

United States District Court for the Southern and Eastern Districts of New York, and to

enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff Argo Turboserve Corporation (a private

non-governmental party) certifies that the following are corporate parents, affiliates

and/or subsidiaries of said party which are publicly held:

   None

Dated: New York, New York
       September 27, 2007
                                              _____
                                              Steven J. Cohen
                                              Attorney Bar Code: SC-1289