UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARGO TURBOSERVE CORPORATION

                 Plaintiff,            Docket No.: 07 Civ. 8410 (RMB)

    - against -                   **NOTICE OF APPEARANCE**

DEAN ANGELLE AND DENISE ANGELLE

                 Defendants.
-----------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned have been retained to represent defendants in the above action. We certify that we have been admitted to practice in this Court and are in good standing.

Dated: New York, New York
October 24, 2007

                                       HILL, BETTS & NASH LLP

                                       By: _____
                                            Gregory O'Neill (GO 1944)

                                           _____
                                           Elizabeth A. McCoy (EM 8448)
                                           Attorneys for Defendants
                                           One World Financial Center
                                           200 Liberty Street, 26th Floor
                                           New York, New York 10281-1003
                                           (212) 839-7000
                                           (212) 466-0514 (fax)