# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 Liberty Street, 26th Floor
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7520

October 25, 2007

**_By ECF and Mail_**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

                    Re:    Argo Turboserve Corporation v. Dean Angelle
                           and Denise Angelle
                           Case No. 07 Civ 8410
                           Our File No. 172.0001

Dear Judge Berman:

        We represent defendants Dean and Denise Angelle in the above matter. We write in order to respectfully request:

1)    an adjournment to answer or otherwise respond to Plaintiff's Complaint until November 28, 2007; and

2)    an adjournment of the Initial Pretrial Conference scheduled for November 16, 2007 to the week of December 10, 2007.

        Plaintiff's counsel, Steven J. Cohen of Wachtel & Masyr, LLP., consents to the above mentioned adjournments. There have been no previous requests for adjournment or extension of time in this case.

                                Very truly yours,

                                HILL, BETTS & NASH, LLP

                                Gregory O'Neill

The Honorable Richard M. Berman
October 25, 2007
Page 2


cc:      (*via e-mail and mail*):
         Steven J. Cohen
         Wachtel & Masyr, LLP
         110 East 59th Street
         New York, NY 10022

         Carl D. Rosenblum, Esq.
         Eric Liddick, Esq.
         JONES & WALKER LLP
         201 St. Charles Street
         New Orleans, LA 70170