# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 Liberty Street, 26th Floor
NEW YORK, NY 10281

(212) 839-7000
FAX (212) 466-0514
WRITER'S DIRECT PHONE:
(212) 589-7520

October 25, 2007

**MEMO ENDORSED**

*Application Granted. The Rule 16 Conference is adjourned until 12/10/07 at 9:00 A.M.*

SO ORDERED:
Date: 10/26/07

Richard M. Berman, U.S.D.J.

*By ECF and Mail*

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

Re:    Argo Turboserve Corporation v. Dean Angelle
       and Denise Angelle
       Case No. 07 Civ 8410
       Our File No. 172.0001

Dear Judge Berman:

We represent defendants Dean and Denise Angelle in the above matter. We write in order to respectfully request:

1)    an adjournment to answer or otherwise respond to Plaintiff's Complaint until November 28, 2007; and

2)    an adjournment of the Initial Pretrial Conference scheduled for November 16, 2007 to the week of December 10, 2007.

Plaintiff's counsel, Steven J. Cohen of Wachtel & Masyr, LLP., consents to the above mentioned adjournments. There have been no previous requests for adjournment or extension of time in this case.

Very truly yours,

HILL, BETTS & NASH, LLP

Gregory O'Neill

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007