**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ARGO TURBOSERVE CORPORATION,

        Plaintiff,

    -against-

DEAN ANGELLE AND DENISE ANGELLE,

        Defendants.
------------------------------------------------------X

Case No. 07 CIV 8410
(Judge Berman)

AFFIDAVIT OF SERVICE

STATE OF LOUISIANA    )
      S.S.
COUNTY OF LAFAYETTE  )

Irby Bernard, being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

That on the 4th day of October, 2007, at approximately the time of 7:30 pm, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN upon DEAN ANGELLE at 100 Blue Ridge Drive, Carencro, LA, by personally delivering and leaving the same with DEAN ANGELLE at that address. At the time of service, deponent asked DEAN ANGELLE if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

DEAN ANGELLE is a white male, approximately 35 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with black hair.

_____
PROCESS SERVER

Sworn to before me this
11 day of October, 2007

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com