Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                                Plaintiff,<br>V.<br><br>DEAN ANGELLE AND DENISE<br>ANGELLE,<br><br>                                Defendants. | Case No. 07-CIV-8410<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory W. O'Neill, a member in good standing of the Bar of this Court, as counsel for Defendants, Dean Angelle and Denise Angelle, hereby move for an Order allowing the admission pro hac vice of

    Carl David Rosenblum
    Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 51st Floor
    New Orleans, Louisiana 70170
    Telephone: (504) 582-8296
    Direct Facsimile: (504) 589-8296
    crosenblum@joneswalker.com



Carl David Rosenblum is a member in good standing of the Bars of the States of Louisiana and Texas. There are no pending disciplinary proceedings against Carl David Rosenblum in any State or Federal Court.

Dated: _____

New York, New York

                                   Respectfully submitted,

                                   */s/ Gregory O'Neill*

                                   Gregory W. O'Neill (GON 1944)
                                   Elizabeth A. McCoy (EAM 8448)
                                   HILL, BETTS & NASH LLP
                                   One World Financial Center
                                   200 Liberty Street, 26th Floor
                                   New York, NY 10281
                                   Telephone: (212) 839-7000
                                   Facsimile: (212) 466-0514
                                   Counsel for Defendants,
                                   Dean Angelle and Denise Angelle

Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                          Plaintiff,<br>V.<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>                         Defendants. | Case No. 07-CIV-8410<br><br>**AFFIDAVIT OF<br>GREGORY W. O'NEILL<br>IN SUPPORT OF MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

State of New York  )
                      ) ss:
County of New York  )

      Gregory W. O'Neill, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Defendants in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Carl David Rosenblum as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice on December 31, 1974. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Carl David Rosenblum since October, 2007.

4. Mr. Rosenblum is a Partner at Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. in New Orleans, Louisiana.

{N1723073.1}                                                      1



5. I have found Mr. Rosenblum to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Carl David Rosenblum, pro hac vice.

7. I respectfully submit a proposed Order granting the admission of Carl David Rosenblum, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the Motion to Admit Carl David Rosenblum, pro hac vice, to represent Defendants, Dean Angelle and Denise Angelle, in the above captioned matter, be granted.

Dated: _____

New York, NY

Notarized:

Respectfully submitted,

Gregory W. O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514
Counsel for Defendants,
Dean Angelle and Denise Angelle

{N1723073.1}                       2



Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY  10281
Telephone:  (212) 839-7000
Facsimile:  (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| ARGO TURBOSERVE CORPORATION, | |
|---|---|
| Plaintiff, | Case No. 07-CIV-8410 |
| V. | **ORDER FOR ADMISSION** |
| DEAN ANGELLE AND DENISE ANGELLE, | **PRO HAC VICE** |
| | **ON WRITTEN NOTICE** |
| Defendants. | |

Upon the Motion of Gregory W. O'Neill, attorney for Defendants, and said sponsor attorney's affidavit declaration that applicant Carl David Rosenblum is a member in good standing of the Bars of the States of Louisiana and Texas and that applicant's contact information is as follows:

> Carl David Rosenblum
> Jones, Walker, Waechter, Poitevent,
> Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue, 51st Floor
> New Orleans, Louisiana  70170
> Telephone:  (504) 582-8296
> Direct Facsimile:  (504) 589-8296
> Email address:  crosenblum@joneswalker.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants, Dean Angelle and Denise Angelle, in the above entitled action;

{N1723073.1}                                    1



**IT IS HEREBY ORDERED** that Carl David Rosenblum is admitted to practice pro hac vice as counsel for Defendants, Dean Angelle and Denise Angelle, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____

New York, NY

                                                United States District Magistrate Judge

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**CARL DAVID ROSENBLUM, ESQ., #2083**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 7th Day of October, 1983 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of October, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SUZANNE SAPORITO, being duly sworn deposes and says, I am not a party to the action and over 18 years of age. That on the 1st day of November 2007, she served the attached MOTION TO ADMIT COUNSEL (Carl David Rosenblum) PRO HAC VICE; AFFIDAVIT OF GREGORY W. O'NEILL; upon:

> HOFMANN & ASSOCIATES
> 17 Academy Street, Suite 415
> Newark, NJ 07102
>
> Simon Harter, Esq.
> Law Offices of Simon Harter
> 20 Nassau Street - Suite 211
> Princeton, NJ 08542

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

_____
SUZANNE SAPORITO

Sworn to before me this
1st day of November 2007

_____
Notary Public

JANET M. WALTERS
NOTARY PUBLIC, State of New York
No. 01WA6060684
Qualified in Kings County
Commission Expires  7-2-11

Document Document3