Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile : (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| ARGO TURBOSERVE CORPORATION, | |
|---|---|
| Plaintiff, | Case No. 07-CIV-8410 |
| V. | |
| DEAN ANGELLE AND DENISE ANGELLE, | **MOTION TO ADMIT COUNSEL** |
| | **PRO HAC VICE** |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory W. O'Neill, a member in good standing of the Bar of this Court, as counsel for Defendants, Dean Angelle and Denise Angelle, hereby move for an Order allowing the admission pro hac vice of

> Eric Michael Liddick
> Jones, Walker, Waechter, Poitevent,
> Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue, 51st Floor
> New Orleans, Louisiana 70170
> Telephone: (504) 582-8302
> Direct Facsimile: (504) 589-8302
> eliddick@joneswalker.com

{N1724480.1}                                          1



Eric Michael Liddick is a member in good standing of the Bar of the State of Louisiana. There are no pending disciplinary proceedings against Eric Michael Liddick in any State or Federal Court.

Dated: _____

New York, New York

                Respectfully submitted,

                Gregory W. O'Neill (GON 1944)
                Elizabeth A. McCoy (EAM 8448)
                HILL, BETTS & NASH LLP
                One World Financial Center
                200 Liberty Street, 26th Floor
                New York, NY 10281
                Telephone: (212) 839-7000
                Facsimile: (212) 466-0514
                Counsel for Defendants,
                Dean Angelle and Denise Angelle

Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br>V.<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>　　　　　　　　　　　　Defendants. | Case No. 07-CIV-8410<br><br>**AFFIDAVIT OF<br>GREGORY W. O'NEILL<br>IN SUPPORT OF MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

State of New York　)
　　　　　　　　　 )　ss:
County of New York )

　　　Gregory W. O'Neill, being duly sworn, hereby deposes and says as follows:

1.　I am counsel for Defendants in the above captioned action. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Eric Michael Liddick as counsel pro hac vice to represent Defendants in this matter.

2.　I am a member in good standing of the Bar of the State of New York, and was admitted to practice on December 31, 1974. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.　I have known Eric Michael Liddick since October, 2007.

4.　Mr. Liddick is an Associate at Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. in New Orleans, Louisiana.

{N1724480.1}　　　　　　　　　　　　　　　1



5. I have found Mr. Liddick to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Eric Michael Liddick, pro hac vice.

7. I respectfully submit a proposed Order granting the admission of Eric Michael Liddick, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the Motion to Admit Eric Michael Liddick, pro hac vice, to represent Defendants, Dean Angelle and Denise Angelle, in the above captioned matter, be granted.

Dated: _____

New York, NY

Notarized:

Respectfully submitted,

_____
Gregory W. O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Telephone: (212) 839-7000
Facsimile : (212) 466-0514
Counsel for Defendants,
Dean Angelle and Denise Angelle

{N1724480.1}  2

Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                                    Plaintiff,<br><br>V.<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>                                    Defendants. | Case No. 07-CIV-8410<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** |

Upon the Motion of Gregory W. O'Neill, attorney for Defendants, and said sponsor attorney's affidavit declaration that applicant Eric Michael Liddick is a member in good standing of the Bar of the State of Louisiana and that applicant's contact information is as follows:

Eric Michael Liddick
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8302
Direct Facsimile: (504) 589-8302
Email address: eliddick@joneswalker.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants, Dean Angelle and Denise Angelle, in the above entitled action;

{N1724480.1}                                                 1



**IT IS HEREBY ORDERED** that Eric Michael Liddick is admitted to practice pro hac vice as counsel for Defendants, Dean Angelle and Denise Angelle, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____

New York, NY

                                                    _____
                                                    United States District Magistrate Judge

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### ERIC LIDDICK, ESQ., #31237

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 18th Day of October, 2007 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of October, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SUZANNE SAPORITO, being duly sworn deposes and says, I am not a party to the action and over 18 years of age. That on the 1st day of November 2007, she served the attached MOTION TO ADMIT COUNSEL (Eric Michael Liddick) PRO HAC VICE; AFFIDAVIT OF GREGORY W. O'NEILL; upon:

> HOFMANN & ASSOCIATES
> 17 Academy Street, Suite 415
> Newark, NJ 07102
>
> Simon Harter, Esq.
> Law Offices of Simon Harter
> 20 Nassau Street - Suite 211
> Princeton, NJ 08542

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

_____
SUZANNE SAPORITO

Sworn to before me this
1st day of November 2007

_____
Notary Public

JANET M. WALTERS
NOTARY PUBLIC, State of New York
No. 01WA6080684
Qualified in Kings County
Commission Expires 7-2-11

Document Document3