Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION, <br><br> Plaintiff, <br><br> V. <br><br> DEAN ANGELLE AND DENISE ANGELLE, <br><br> Defendants. | Case No. 07-CIV-8410 <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN NOTICE** |

Upon the Motion of Gregory W. O'Neill, attorney for Defendants, and said sponsor attorney's affidavit declaration that applicant Eric Michael Liddick is a member in good standing of the Bar of the State of Louisiana and that applicant's contact information is as follows:

Eric Michael Liddick
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8302
Direct Facsimile: (504) 589-8302
Email address: eliddick@joneswalker.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants, Dean Angelle and Denise Angelle, in the above entitled action;

{N1724480.1}            1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/09/2007
```

**IT IS HEREBY ORDERED** that Eric Michael Liddick is admitted to practice pro hac vice as counsel for Defendants, Dean Angelle and Denise Angelle, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/8/07

New York, NY

RMB
_____
United States District ~~Magistrate~~ Judge

Richard M. Berman