Gregory O'Neill (GON 1944)
Elizabeth A. McCoy (EAM 8448)
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| ARGO TURBOSERVE CORPORATION, | |
|---|---|
| Plaintiff, | Case No. 07-CIV-8410 |
| v. | **ORDER FOR ADMISSION** |
| DEAN ANGELLE AND DENISE ANGELLE, | **PRO HAC VICE** |
| | **ON WRITTEN NOTICE** |
| Defendants. | |

Upon the Motion of Gregory W. O'Neill, attorney for Defendants, and said sponsor attorney's affidavit declaration that applicant Carl David Rosenblum is a member in good standing of the Bars of the States of Louisiana and Texas and that applicant's contact information is as follows:

    Carl David Rosenblum
    Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 51st Floor
    New Orleans, Louisiana 70170
    Telephone: (504) 582-8296
    Direct Facsimile: (504) 589-8296
    Email address: crosenblum@joneswalker.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants, Dean Angelle and Denise Angelle, in the above entitled action;

{N1723073.1}                                1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/09/2007

**IT IS HEREBY ORDERED** that Carl David Rosenblum is admitted to practice pro hac vice as counsel for Defendants, Dean Angelle and Denise Angelle, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/8/07

New York, NY

RMB
_____
United States District Judge

Richard M. Berman

{N1723023.1}                                    2