**HILL, BETTS & NASH LLP**
ONE WORLD FINANCIAL CENTER
200 Liberty Street, 26th Floor
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514

WRITER'S DIRECT PHONE:

(212) 589-7520

November 21, 2007

**By Mail**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

      Re: Argo Turboserve Corporation
        v. Dean Angelle and Denise Angelle
        Case No. 07 Civ 8410
        <u>Our File No. 172.0001</u>

Dear Judge Berman:

  We represent defendants Dean and Denise Angelle in the above matter. We were notified today that a pre-motion conference for our motion to dismiss has been set for December 3rd at 9:15 am.

  We are writing to request that this conference be held by telephone, so that our co-counsel in New Orleans can attend.

Respectfully Submitted,

*/s/ Gregory W. O'Neill*

GREGORY W. O'NEILL (GO 1944)
ELIZABETH A. McCOY (EM 8448)
Hill, Betts & Nash L.L.P.
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Telephone: (212) 839-7000
Facsimile: (212) 466-0514

---

*Handwritten endorsement:* N.Y. counsel to appear in person. New Orleans counsel may appear by phone.

**SO ORDERED**
Date: 11/26/07
*/s/ Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Page 2
November 21, 2007

          AND

CARL D. ROSENBLUM (LA Bar No. 02083) (Admitted *Pro Hac Vice* )
ERIC MICHAEL LIDDICK (LA Bar No. 31237) (Admitted *Pro Hac Vice*)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile:  (504) 582-8011
***Attorneys for Dean Angelle and Denise Angelle, Defendants***

cc:    **(*via e-mail and mail*):**
      Steven J. Cohen
      Wachtel & Masyr, LLP
      110 East 59th Street
      New York, NY 10022