```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARGO TURBOSERVE CORPORATION,

                 Plaintiff,

   -against-

DEAN ANGELLE AND DENISE ANGELLE,

                 Defendants.
-----------------------------------------------------------X

**Case Management Plan**

07 Civ. 8410 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(1) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by <u>March 4, 2008</u>

(ii)   Amend the pleadings by <u>February 4, 2008</u>

(iii)  All discovery to be **expeditiously** completed by

      (a) Discovery between parties by <u>April 1, 2008</u>
      (b) Non- party and Expert Disclosure by ~~June 3, 2008~~ May 1, 2008  RMB

(iv)  Consent to Proceed before Magistrate Judge    <u>No</u>

(v)   Status of settlement discussions  <u>Too early to have fruitful settlement discussions.</u>  May 5, 2008 @ 9:30 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
                  December 3, 2007

                                                       Hon. Richard M. Berman, U.S.D.J.