## PERRET DOISE
A PROFESSIONAL LAW CORPORATION

MAILING ADDRESS:
P. O. DRAWER 3408
LAFAYETTE, LOUISIANA 70502-3408

FRANK S. SLAVICH, III
FSLAVICH@PDLAW.COM

SUITE 1600, FIRST NATIONAL BANK TOWERS
600 JEFFERSON STREET
LAFAYETTE, LOUISIANA 70501
TELEPHONE (337) 262-9000
FACSIMILE (337) 262-9001

OUR FILE NUMBER:
3270.01

May 11, 2007

Argo Turboserve Corporation
49 Commerce Road
Carlstadt, New Jersey
Attn: Clyde Keaton

Wells Fargo Business Credit
119 West 40th Street
New York, New York
Telecopier: 646-728-3279
Attention: Account Manager – Argo Turboserve Corporation

    Re:    Promissory Note dated February 1, 2006, by D&D Pipe and Rentals, Inc. in favor of Dean and Denise Angelle (the "Angelles") in the principal amount of $5,000,000 (the "Note").
                Subordination Agreement by and between the Angelles and Wells Fargo Bank, National Association ("Wells Fargo") dated March 3, 2006 (the "Subordination Agreement").

Dear Mr. Keaton:

    Please be advised that we have been retained to represent the interests of the Angelles with respect to your failure to pay the sums due under the Note on February 1, 2007. More than 30 days have elapsed since this due date, therefore, an Event of Default as defined in the Note currently exists. The Angelles have elected to trigger the Mandatory Prepayment provision contained in Section 2(a) of the Note so that demand is made for the entire amount of principal and interest due under the Note which is now forthwith due and payable.

    Notice of this Event of Default is hereby being provided to Wells Fargo in accordance with the Subordination Agreement

    Payment should be made to Dean and Denise Angelle and mailed to the following address: Frank S. Slavich, III, Perret Doise, P. O. Drawer 3408, Lafayette, LA 70502-3408.

    **If you dispute the validity of the debt, or any portion thereof, advise me in writing within thirty (30) days. Thereafter, the debt will be assumed to be valid. If you notify me that the debt is disputed, we will obtain verification and forward a copy to you. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT "7"

If you have any questions, please call me at (337) 262-9000.

Sincerely,

Frank S. Slavich, III