

**DEAN ANGELLE**
100 Blue Ridge Drive
Carencro, Louisiana 70520

April 2, 2007

D&D Pipe and Rentals
Wholly owned subsidiary
and Division of
Argo Turboserve Corporation
Attn: Clyde Keaton
160 Chubb Ave
Lyndhurst, New Jersey 07071

      Re:    Termination of Executive Employment Agreement dated March 3, 2006, by and between D&D Pipe and Rentals and Dean Angelle (the "Agreement")

Dear Mr. Keaton

    In accordance with Section 3.1(vi) of the Executive Employment Agreement dated March 3, 2006, by and between D&D Pipe and Rentals and Dean Angelle (the "Agreement"), please accept this letter as my official notice of termination of the Agreement and resignation of my employment as set forth in the Agreement effective thirty days from April 3, 2007. During this thirty day period I will continue to honor my obligations under the Agreement.

    As always, I remain

                                            Sincerely

                                            Dean Angelle

cc:    Walter Simson, 160 Chubb Ave, Lyndhurst, New Jersey 07071
        Clyde Keaton, 2450 SE Evangeline Thruway, Lafayette LA 70501

**EXHIBIT "3a"**