

JONES WALKER

Carl D. Rosenblum
*Admitted in Louisiana and Texas*
Direct Dial 504-582-8296
Direct Fax 504-589-8296
crosenblum@joneswalker.com

September 12, 2007

*Via Federal Express,*
*Certified Mail, Return Receipt Requested*
*and Facsimile:  212-909-9463*

Steven J. Cohen, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

> **Re:    Stock Purchase Agreement dated as of February 1, 2006**
> **by and among Argo Turboserve Corporation, Dean Angelle**
> **and Denise Angelle, and D&D Pipe and Rentals, Inc.**
> **("Purchase Agreement")**
> **Our File No. 043173-00**

Dear Mr. Cohen:

The undersigned has been engaged to represent the interests of Dean and Denise Angelle (collectively "Angelle") in connection with the "Notice of Indemnification" forwarded by you dated August 14, 2007, copy attached.  I request that any and all future communications in this regard be directed to the attention of the undersigned.

In addition to reiterating those matters set forth in the letter dated September 5, 2007 by Margaret D. Swords (copy attached), please accept this letter as the formal exercise of Angelle's rights under ¶ 9.3(b) of the Purchase Agreement.  Specifically, Angelle requests that they immediately be given "reasonable access to all premises, books, records and personnel in the possession or under the control" of you and your client.  Accordingly, until Angelle has had an opportunity to reasonably exercise their rights under ¶ 9.3(b) of the Purchase Agreement, any filing of a suit by your client, Argo Turboserve Corporation, in the United States District Court for the Southern District of New York, or anywhere else, would be premature.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100   504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com  www
{N1708673.1} BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    THE WOODLANDS    WASHINGTON, D.C.



EXHIBIT "10"

September 12, 2007
Page 2

     I look forward to your prompt response in scheduling the "reasonable access" contemplated by ¶ 9.3(b) of the Purchase Agreement.

Very truly yours,

Carl D. Rosenblum

CDR/pd
Enclosures
cc:    Dean and Denise Angelle