# WACHTEL & MASYR, LLP

110 EAST 59TH STREET
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 909-9500
FACSIMILE: (212) 371-0320

LONG ISLAND OFFICE
1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, N. Y. 11530
TELEPHONE: (516) 248-4300
FACSIMILE: (516) 478-6798

EUROPEAN OFFICE
VIA G. LA PIRA, 21
FLORENCE, ITALY 50121
TELEPHONE: (055) 284147
FACSIMILE: (055) 268594

STEVEN J. COHEN
PARTNER
DIRECT DIAL: (212) 909-9505
DIRECT FAX: (212) 909-9463
cohen@wmllp.com

September 21, 2007

**VIA FACSIMILE AND REGULAR MAIL**

Carl D. Rosenblum, Esq.
Jones, Walker, Waechter, Poitevant,
Carrere & Denegre, L.L.P
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100

Re:  Stock Purchase Agreement dated as of February 1, 2006
by and among Argo Turboserve Corporation, Dean Angelle
and Denise Angelle, and D&D Pipe and Rentals, Inc.
("Stock Purchase Agreement")

Dear Mr. Rosenblum:

In response to your letter dated September 12, my clients will provide Mr. and Mrs. Angelle reasonable access to the premises, books, and records in accordance with Section 9.3 (b) of the Stock Purchase Agreement. Those books and records would be made available under appropriate supervision at the offices of D&D in Lafayette, Louisiana and at Argo Turboserve in Lyndhurst, New Jersey. You may contact me to arrange for such access or your clients may contact Mr. Wayne Ackerman of Argo Turboserve directly for such purpose.

Although such access will be granted on a date as soon as mutually agreeable, we disagree with your claim that the contemplated filing of suit by Argo Turboserve would be premature before that occurs. Moreover, to the extent that you are adopting the points made by Ms. Swords in her September 5 letter, we dispute all the claims raised therein except that an adjustment to purchase price may have been warranted in respect of the Dishman & Bennet receivable but for the indemnification claim.

The Buyer Indemnified Parties continue to reserve all of their rights and claims.

G:\CLIENT DOCUMENTS\A\Argo International Corp\Argo Turboserve\letters\Letter to Rosenblum 9.21.07 v1.doc



EXHIBIT "11"

Carl D. Rosenblum, Esq.
September 21, 2007
Page 2 of 2

Very truly yours,

Steven J. Cohen

SJC/eb

cc:   Argo Turboserve Corporation
      Margaret D. Swords, Esq. (via fax and regular mail)

Carl D. Rosenblum, Esq.

G:\CLIENT DOCUMENTS\A\Argo International Corp\Argo Turboserve\letters\Letter to Rosenblum 9.21.07 v1.doc