**Gregory W. O'Neill** (GO 1944)
**Elizabeth A. McCoy** (EM 8448)
Hill, Betts & Nash L.L.P.
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel.: (212) 839-7000
Fac.: (212) 466-0514

**Carl D. Rosenblum** (LA Bar No. 02083) (Admitted *Pro Hac Vice*)
**Eric Michael Liddick** (LA Bar No. 31237) (Admitted *Pro Hac Vice*)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel.: (504) 582-8000
Fac.: (504) 582-8011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                                Plaintiff,<br><br>versus<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>                                Defendants. | CASE NO. 07 CIV 8410 (RMB) (GWG)<br><br>DECLARATION OF ERIC MICHAEL LIDDICK IN REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

    **ERIC MICHAEL LIDDICK** declares as follows:

    1.    I am a member of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorneys for Defendants Dean Angelle and Denise Angelle.

    2.    I submit this declaration in support of Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendants' Motions to Dismiss.

    3.    The following documents are attached hereto and made a part of this opposition:

{N1753406.1}

**Exhibit "12"** – E-mail string dated October 16, 2007 between Carl D. Rosenblum, Esq. and Steven J. Cohen, Esq.

**Exhibit "13"** – October 24, 2007 Letter from Carl D. Rosenblum, Esq. to Steven J. Cohen, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, this 4th day of January, 2008.


*/s/ Eric Michael Liddick*
Eric Michael Liddick (LA Bar No. 31237)
(Admitted *Pro Hac Vice*)