UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARGO TURBOSERVE CORP.,    :

                                   07 Civ. 8410 (RMB)

                Plaintiff,    :

     - against -    :

                                   **ORDER**

DEAN ANGELLE and DENISE ANGELLE,    :

                Defendants.    :
------------------------------------------------------------x

Defendants' motion to dismiss Plaintiff's complaint [Dkt. # 17] is hereby dismissed as moot, as discussed at today's conference before the Court.

Dated: New York, New York
       February 5, 2008

                                                  _____
                                              Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-2008