**Gregory W. O'Neill** (GO 1944)
**Elizabeth A. McCoy** (EM 8448)
Hill, Betts & Nash L.L.P.
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel.: (212) 839-7000
Fac.: (212) 466-0514

**Carl D. Rosenblum** (LA Bar No. 02083) (Admitted *Pro Hac Vice*)
**Eric Michael Liddick** (LA Bar No. 31237) (Admitted *Pro Hac Vice*)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel.: (504) 582-8000
Fac.: (504) 582-8011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>Plaintiff,<br><br>versus<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>Defendants. | CASE NO. 07 CIV 8410 (RMB) (GWG)<br><br>ECF<br><br>**DECLARATION OF ERIC MICHAEL LIDDICK IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND ALTERNATIVELY FOR STAY** |

**ERIC MICHAEL LIDDICK** declares as follows:

1. I am a member of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorneys for Defendants Dean Angelle and Denise Angelle.

2. I submit this declaration in support of Defendants' Motions to Dismiss Plaintiff's Amended Complaint and Alternatively for Stay.

3. The following documents are attached hereto and made a part of this motion:

{N1777001.1}

**Exhibit "1"** – Stock Purchase Agreement dated February 1, 2006 by and among Argo Turboserve Corporation, D&D Pipe and Rentals, Inc., and Dean and Denise Angelle.

**Exhibit "2"** – Lease Agreement dated March 3, 2006 executed by and between Angelle Properties, L.L.C. and D&D Pipe and Rentals, Inc.

**Exhibit "3a"** – Verified Petition for Injunction Relief and Issuance of TRO and Damages for Breach of Lease Agreement, filed in *Angelle Properties, L.L.C. v. D&D Pipe and Rentals, Inc.*, No. 2007-5870, Division "K", 15th Judicial District Court for the Parish of Lafayette.

**Exhibit "3b"** – Joint Motion to Hold Accounts in Escrow, filed in *Angelle Properties, L.L.C. v. D&D Pipe and Rentals, Inc.*, No. 2007-5870, Division "K", 15th Judicial District Court for the Parish of Lafayette.

**Exhibit "3c"** – First Amended and Restated Petition for Damages for Breach, filed in *Angelle Properties, L.L.C. v. D&D Pipe and Rentals, Inc.*, No. 2007-5870, Division "K", 15th Judicial District Court for the Parish of Lafayette.

**Exhibit "4"** – Promissory Note dated February 1, 2006 by D&D Pipe and Rentals, Inc. in favor of Dean Angelle and Denise Angelle.

**Exhibit "5"** – Guaranty dated February 1, 2006 by Argo Turboserve Corporation in favor of Dean Angelle and Denise Angelle.

**Exhibit "6"** – Executive Employment Agreement dated March 3, 2006 entered into by and between D&D Pipe and Rentals, Inc. and Dean Angelle.

**Exhibit "7a"** – Notice of Resignation dated April 2, 2007 from Dean Angelle to Clyde Keaton.

**Exhibit "7b"** – Acceptance of Resignation dated April 11, 2007 from Clyde Keaton to Dean Angelle.

**Exhibit "8"** – Notice of Indemnification dated August 14, 2007 from Steven J. Cohen, Esq. to Dean Angelle and Denise Angelle.

**Exhibit "9"** – September 5, 2007 Letter from Margaret D. Swords, Esq. to Steven J. Cohen, Esq.

**Exhibit "10"** – September 12, 2007 Letter from Carl D. Rosenblum, Esq. to Steven J. Cohen, Esq.

**Exhibit "11"** – September 21, 2007 Letter from Steven J. Cohen, Esq. to Carl D. Rosenblum, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, this 3rd day of March, 2008.

*/s/ Eric Michael Liddick*
Eric Michael Liddick (LA Bar No. 31237)
(Admitted *Pro Hac Vice*)

{N1777001.1}