UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARGO TURBOSERVE CORPORATION,   :

                                                   :   ORDER
              Plaintiffs,                          07 Civ. 8410 (RMB) (GWG)
                                                   :

   -v.-

                                                     :
DEAN ANGELLE, DENISE ANGELLE,
              Defendants.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of a letter dated March 12. 2008 from defendants. To repeat what the Court said in its order of March 10, 2008: to the extent defendants have any objections to the discovery requests, they should simply state them, with specificity, in their written responses and should do so without any advance ruling by the Court. See, e.g., Fed. R. Civ. P. 33(b)(4), 34(b)(2)(B). There is no need to move for a protective order. If plaintiff is dissatisfied with the defendants' responses, it may make an application to move to compel (following compliance with paragraph 2.A of this Court's Individual Practices).

      SO ORDERED.

Dated: March 12, 2008
       New York, New York

                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge