USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARGO TURBOSERVE CORPORATION,

**MEMO ENDORSED**

Plaintiffs,

-v.-

DEAN ANGELLE, DENISE ANGELLE,
Defendants.
------------------------------------------------------------X

ORDER
07 Civ. 8410 (RMB) (GWG)

5/5/08 conference adjourned to 11/10/08 @ 9:15 AM w/ the parties

SO ORDERED
Date: 3/20/08

Richard M. Berman, U.S.D.J.

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. All non-expert discovery shall be commenced in time to be completed by August 1, 2008.

2. Disclosure of the identities and reports of experts, if any, as required by Rule 26(a)(2)(A) and (B) will be made by September 15, 2008.

   The disclosure of identities and reports of any expert intended by an opposing party solely to rebut previously-disclosed expert evidence shall be made by October 15, 2008.

3. Depositions of experts shall be completed by November 7, 2008.

4. Any request to Judge Berman for a pre-motion conference to file either a dispositive motion or a <u>Daubert</u> motion shall be made by November 14, 2008.

5. If no party states its intention to file such motions, plaintiff will supply pretrial order materials to defendants in accordance with Judge Berman's rules on or before December 2, 2008, The pre-trial order shall be filed within 15 days thereafter. If, however, a dispositive motion is served on or before the date in the previous paragraph, the due date of the plaintiff's portion of the pretrial order materials shall be extended to 30 days following decision on the dispositive motion and the pretrial order shall be filed within 15 days thereafter.

6. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the

      proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

7.     All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67 . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

      SO ORDERED.

Dated: March 18, 2008
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge