Steven J. Cohen (SC-1289)
WACHTEL & MASYR, LLP
Attorneys for Plaintiff
110 East 59th Street
New York, NY 10022
(212) 909-9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARGO TURBOSERVE CORPORATION,      :      07 CV 8410 (RMB) (GWG)

               Plaintiff,      :      **DECLARATION OF STEVEN J. COHEN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    -against-      :

DEAN ANGELLE AND DENISE ANGELLE,      :

               Defendants.      :
---------------------------------------------------------------x

    **STEVEN J. COHEN**, an attorney duly admitted to practice law in the State of New York, makes the following declaration, pursuant to 28 U.S.C. §1746, under penalty of perjury:

    1.    I am a member of Wachtel & Masyr, LLP, attorneys for plaintiff Argo Turboserve Corporation ("ATC"). I am fully conversant with the facts and circumstances set forth herein. This declaration is submitted in opposition to defendants' motion to dismiss the Amended Complaint.

    2.    The following documents are attached hereto and made a part of this opposition.

| Exhibit | Document |
|---|---|
| A | Stock Purchase Agreement (the "SPA") between ATC, Dean Angelle, Denise Angelle and D&D Pipe & Rentals Inc ("D&D"), dated February 1, 2006 and the "Disclosure Schedule", Exhibit "D" thereto. |
| B | Judgment of Dismissal filed March 20, 2008 in <u>Dean Angelle v. D&D Pipe and Rentals, Inc.</u>; in the 15th Judicial |

|   |   |
|---|---|
|   | District Court for the Parish of Lafayette, State of Louisiana, No. 2007-5204. |
| C | Letter from Steven J. Cohen, attorney for ATC, to Carl D. Rosenblum, attorney for the Defendants, dated October 23, 2007. |

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on April 2, 2008.

/s/
Steven J. Cohen (SC-1289)