

# 15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO. 2007-5204                                              DIVISION "K"

### DEAN ANGELLE

VS.

### D&D PIPE AND RENTALS, INC.

_____                                    _____
**FILED**                                             **CLERK OF COURT**

## JUDGMENT

This matter came to be heard on February 6, 2008 pursuant to the Exception of lack of Subject Matter Jurisdiction. Present in the courtroom was Edgar Gankendorff, counsel of record for D&D Pipe and Rentals, Inc. and Carl D. Rosenblum and Eric M. Liddick, counsel of record for Dean Angelle. After considering the arguments presented and pleadings before the Court,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that D&D Pipe and Rentals, Inc.'s Declinatory Exception of Lack of Subject Matter Jurisdiction is SUSTAINED and,

**IT IS HEREBY ORDERED** that the above entitled action of Dean Angelle against D&D Pipe and Rentals, Inc. be and is hereby dismissed without prejudice [to its right to seek relief in a court of proper jurisdiction and venue] pursuant to Article 932(b) of the Louisiana Code of Civil Procedure since the Court did not have jurisdiction.

THIS DONE, Lafayette, Louisiana, the 20 day of March, 2008.

_____
Hon. Judge Patrick L. Michot

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 21 day of March, 2008.

_____
Deputy Clerk of Court

CC: Eric M. Liddick
    Carl D. Rosenblum
    Edgar Gankendorff

FILED THIS 20 DAY OF March, 2008
_____
Deputy Clerk of Court

{N1767093.1}

A TRUE COPY ATTEST
Lafayette, La. 3/24/08
_____
DY. CLERK OF COURT