**Gregory W. O'Neill** (GO 1944)
**Elizabeth A. McCoy** (EM 8448)
Hill, Betts & Nash L.L.P.
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel.: (212) 839-7000
Fac.: (212) 466-0514

**Carl D. Rosenblum** (LA Bar No. 02083) (Admitted *Pro Hac Vice*)
**Eric Michael Liddick** (LA Bar No. 31237) (Admitted *Pro Hac Vice*)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel.: (504) 582-8000
Fac.: (504) 582-8011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                    Plaintiff,<br><br>versus<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>                    Defendants. | CASE NO. 07 CV 8410 (RMB) (GWG)<br><br>DECLARATION OF ERIC MICHAEL LIDDICK IN REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

**ERIC MICHAEL LIDDICK** declares as follows:

1.   I am a member of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorneys for Defendants, Dean Angelle and Denise Angelle.

2.   I submit this declaration in support of Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendants' Motions to Dismiss.

3.   The following documents are attached hereto and made a part of this reply:

**Exhibit "12"** – E-mail string dated October 16, 2007 between Carl D. Rosenblum, Esq. and Steven J. Cohen, Esq.

**Exhibit "13"** – October 24, 2007 Letter from Carl D. Rosenblum, Esq. to Steven J. Cohen, Esq.

**Exhibit "14"** – Louisiana Secretary of State Detailed Record for D&D Pipe and Rentals, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, this 11th day of April, 2008.


                                        */s/ Eric Michael Liddick*
                                        Eric Michael Liddick (LA Bar No. 31237)
                                                (Admitted *Pro Hac Vice*)