# Rosenblum, Carl

**To:** Steven Cohen
**Cc:** goneill@hillbetts.com
**Subject:** Angelle/D&D/ATC

Steven - As you know, I traveled to D&D's Lafayette, Louisiana location yesterday in furtherance of my clients' rights under Section 9.3 (b) of the Purchase Agreement. Although I clearly understood that some (perhaps most) of the personnel, books and records, documents, premises and other informartion are at ATC's offices in New Jersey, I fully expected to be able to exercise my clients' complete rights as to whatever personnel, books and records, documents, premises and other information existed at the Lafayette location. I was prevented from doing so. Specifically, I was not permitted to speak with the few remaining D&D employees, other than Mr. Richard.. Please call me at your first opportunity (I understand from your assistant that you are presently in trial) so that we can discuss what happened yesterday in Lafayette and firm up my plans to visit the New Jersey location. Additionally, I left a message this morning with your assistant, seeking to introduce Mr. O'neill of the Hill Betts Firm who will be representing the Angelles in the New York litigation. He will be contacting you about seeking an extension of time to respond to the ATC Complaint and to postpone the Initial Scheduling Conference current set in mid November. Please contact us when you are able. Thank you.

**NOTICE: This message constitutes a confidential and privileged communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 504-582-8296, so that our address record can be corrected.**

**Carl D. Rosenblum**
Jones, Walker et al.
201 St. Charles Ave.
New Orleans, LA 70170
Ph: 504-582-8296
fax: 504-589-8296
crosenblum@joneswalker.com

EXHIBIT 12

# Rosenblum, Carl

| | |
|---|---|
| From: | Rosenblum, Carl |
| Sent: | Friday, October 19, 2007 1:05 PM |
| To: | 'goneill@hillbetts.com' |
| Subject: | Fw: Angelle/D&D/ATC |

---
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rosenblum, Carl
To: 'goneill@hillbetts' <goneill@hillbetts>
CC: Liddick, Eric
Sent: Fri Oct 19 13:01:03 2007
Subject: Fw: Angelle/D&D/ATC

Fyi
---
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rosenblum, Carl
To: 'SCOHEN@wmllp.com' <SCOHEN@wmllp.com>
CC: Liddick, Eric
Sent: Fri Oct 19 12:59:40 2007
Subject: Re: Angelle/D&D/ATC

Thank you. Have a good weekend.
---
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Steven Cohen <SCOHEN@wmllp.com>
To: Rosenblum, Carl
Sent: Fri Oct 19 12:50:49 2007
Subject: Re: Angelle/D&D/ATC

I will be back in the office Monday and address open matters with you then.

----- Original Message -----
From: Rosenblum, Carl <crosenblum@joneswalker.com>
To: Steven Cohen
Cc: Liddick, Eric <eliddick@joneswalker.com>; goneill@hillbetts.com <goneill@hillbetts.com>
Sent: Thu Oct 18 19:08:10 2007
Subject: Re: Angelle/D&D/ATC

Steve- I wanted to alert you that my calendar has been filling up and that I am no longer available to conduct the inspection contemplated under the SPA in NJ on Nov. 12 - 14. Please provide me with some possible dates asap so that we can lock the trip in and make travel arrangments. Thank you.
---
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rosenblum, Carl
To: 'SCOHEN@wmllp.com' <SCOHEN@wmllp.com>
CC: Liddick, Eric; 'goneill@hillbetts.com' <goneill@hillbetts.com>

1

```
Sent: Tue Oct 16 20:49:50 2007
Subject: Re: Angelle/D&D/ATC
```

I realize you are in trial and look forward to discussing my visit with you in detail when you are able. You have apparently received erroneous reports. At no time was anyone mistreated and I would ask that you be specific since I am insulted that anyone would suggest to the contrary. Please call me when you are able.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Steven Cohen <SCOHEN@wmllp.com>
To: Rosenblum, Carl
Sent: Tue Oct 16 19:36:42 2007
Subject: RE: Angelle/D&D/ATC

Carl:   You seemed like a gentleman when we spoke on the phone so I was quite shocked to learn how you mistreated my client's staff and abused the arrangement you and I had made. I told you when we spoke that I would be on trial this week, and the understanding was that you would ask for Jim Richard, who would show you documents that you could inspect and then tag for photocopying.  I am told that you and your group tried to interrogate people on the premises and generally engaged in harassment and intimidation.  And you also apparently exploited the situation by inspecting the premises to come up with allegations for your letter this evening claiming lease violations.  When I complete my trial I will send you a more formal position letter on your unfortunate choice of tactics.

_____


From: Rosenblum, Carl [mailto:crosenblum@joneswalker.com]
Sent: Tuesday, October 16, 2007 1:20 PM
To: Steven Cohen
Cc: goneill@hillbetts.com
Subject: Angelle/D&D/ATC



Steven - As you know, I traveled to D&D's Lafayette, Louisiana location yesterday in furtherance of my clients' rights under Section 9.3 (b) of the Purchase Agreement. Although I clearly understood that some (perhaps most) of the personnel, books and records, documents, premises and other informartion are at ATC's offices in New Jersey, I fully expected to be able to exercise my clients' complete rights as to whatever personnel, books and records, documents, premises and other information existed at the Lafayette location. I was prevented from doing so. Specifically, I was not permitted to speak with the few remaining D&D employees, other than Mr. Richard.. Please call me at your first opportunity (I understand from your assistant that you are presently in trial) so that we can discuss what happened yesterday in Lafayette and firm up my plans to visit the New Jersey location. Additionally, I left a message this morning with your assistant, seeking to introduce Mr. O'neill of the Hill Betts Firm who will be representing the Angelles in the New York litigation. He will be contacting you about seeking an extension of time to respond to the ATC Complaint and to postpone the Initial Scheduling Conference current set in mid November. Please contact us when you are able. Thank you.

NOTICE:  This message constitutes a confidential and privileged communication.  It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this electronic mail transmission in error, do not read it.  Please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 504-582-8296, so that our address record can be corrected.



Carl D. Rosenblum
Jones, Walker et al.
201 St. Charles Ave.
New Orleans, LA  70170
Ph: 504-582-8296

2

fax: 504-589-8296
crosenblum@joneswalker.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
************************************************************ NOTICE: The information contained in this email and any attachments is intended only for the personal and confidential use of the designated recipient. This email may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this email is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this email in error, and that any review, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone or return email and delete the original message from your system. Thank you.
************************************************************.

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing
or recommending to another party any tax-related matters addressed herein.

************************************************************

NOTICE:

The information contained in this email and any attachments is intended only for the personal and
confidential use of the designated recipient. This email may be a confidential attorney-client
communication or may otherwise be privileged and confidential. If the reader of this email is not
the intended recipient or an agent responsible for delivering it to the intended recipient, you are
hereby notified that you have received this email in error, and that any review, dissemination,
distribution or copying of this email is strictly prohibited. If you have received this email in error,
please notify the sender immediately by telephone or return email and delete the original
message from your system. Thank you.

************************************************************.