**Louisiana Secretary of State COMMERCIAL DIVISION Corporations Database** 

*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 34361624D

Name: D & D PIPE AND RENTALS, INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing　　　Add Certificate of Good Standing to Shopping Cart

Last Report Filed on 01/15/2008

Mailing Address: P. O. BOX 52541, LAFAYETTE, LA 70505

Domicile Address: 2450 S.E. EVANGELINE THRWY., LAFAYETTE, LA 70508

File Date: 08/09/1990

Registered Agent (Appointed 3/14/2006): C T CORPORATION SYSTEM, 5615 CORPORATE BLVD., STE. 400B, B ROUGE, LA 70808

Director: CLYDE KEATON, 160 CHUBB AVE., LYNDHURST, NJ 07071

Director: WALTER SIMSON, 160 CHUBB AVE., LYNDHURST, NJ 07071

Secretary: WAYNE ACKERMAN, 160 CHUBB AVE., LYNDHURST, NJ 07071

Officer: WAYNE ACKERMAN, 160 CHUBB AVE., LYNDHURST, NJ 07071

Amendments on File
DOMICLE, AGENT CHG OR RESIGN OF AGT (01/29/2008)
APPOINTING, CHG OR RESIGN OF OFFICER (11/14/2006)
DOMICLE, AGENT CHG OR RESIGN OF AGT (03/14/2006)
APPOINTING, CHG OR RESIGN OF OFFICER (03/03/2006)

[ New Search ]　[ View Cart ]

EXHIBIT
14