**Gregory W. O'Neill** (GO 1944)
**Elizabeth A. McCoy** (EM 8448)
Hill, Betts & Nash L.L.P.
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
Tel.: (212) 839-7000
Fac.: (212) 466-0514

**Carl D. Rosenblum** (LA Bar No. 02083) (Admitted *Pro Hac Vice*)
**Eric Michael Liddick** (LA Bar No. 31237) (Admitted *Pro Hac Vice*)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel.: (504) 582-8000
Fac.: (504) 582-8011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARGO TURBOSERVE CORPORATION,<br><br>                           Plaintiff,<br><br>versus<br><br>DEAN ANGELLE AND DENISE ANGELLE,<br><br>                           Defendants. | CASE NO. 07 CV 8410 (RMB) (GWG)<br><br>DECLARATION OF ERIC MICHAEL LIDDICK IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF |

**ERIC MICHAEL LIDDICK** declares as follows:

1. I am a member of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., attorneys for Defendants, Dean Angelle and Denise Angelle.

2. I submit this declaration in support of Defendants' Motion to Compel Discovery Responses from Plaintiff, Argo Turboserve Corporation.

3. The following documents are attached hereto and made a part of this Motion:

{N1806688.1}

**Exhibit "1"** – Pertinent portions of the deposition of Walter Simson on February 14, 2008.

**Exhibit "2"** – Post-Closing Letter dated March 8, 2006.

**Exhibit "3"** – Promissory Note executed by D&D Pipe and Rentals, Inc. in favor of John Calicchio in the amount of $1,500,000 dated February 15, 2006.

**Exhibit "4"** – Signature page of Subordination Agreement dated March, 2006 and signed by John Calicchio in favor of Wells Fargo Bank, National Association.

**Exhibit "5"** – E-mail string from Paul Perialas, former CFO of Argo Turboserve Corporation, to Pamela Bialkin of Deloitte & Touche, LLP dated May 26, 2006.

**Exhibit "6"** – Memorandum from Clyde Keaton, CEO of Argo Turboserve Corporation, to the Members of the Board dated July 11, 2006 (*attached at Plaintiff's counsel's request to courtesy copy only*)

**Exhibit "7"** – Equity Appraisal Services Intangible Valuation Discussion.

**Exhibit "8"** – Pertinent portions of the deposition of Wayne Ackerman on February 15, 2008.

**Exhibit "9"** – E-mail from Paul Perialas, former CFO for Argo Turboserve Corporation, to Joseph Mullen of Wells Fargo dated August 17, 2006.

**Exhibit "10"** – Unredacted portion of Independent Auditor's Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana, this 22nd day of April, 2008.

/s/ *Eric Michael Liddick*
Eric Michael Liddick (LA Bar No. 31237)
(Admitted *Pro Hac Vice*)