# SUBORDINATION AGREEMENT

EXHIBIT 4

PNJ264078

IN WITNESS WHEREOF, the undersigned have entered into this Agreement as of this ____ day of March, 2006.

WELLS FARGO BANK, NATIONAL ASSOCIATION,
as Senior Lender

By: _____
   Name:
   Title:

John Calicchio, as a Subordinated Lender

ARGO TURBOSERVE CORPORATION., as a Company

By: _____
   Name: PAUL PERIALAS
   Title: CFO

D&D PIPE AND RENTALS, INC., as a Company

By: _____
   Name: PAUL PERIALAS
   Title: CFO