**From:** Paul Perialas
**Sent:** Friday, May 26, 2006 2:05 PM
**To:** 'Bialkin, Pamela (US - Jericho)'
**Subject:** RE: Your questions

Pam –

It is my understanding that Steven will issue a check to ATC. ATC will in turn retire the debt to John's Shipping Company.

Thank you for the update on the taxes for D&D.

Paul

**From:** Bialkin, Pamela (US - Jericho) [mailto:pbialkin@deloitte.com]
**Sent:** Friday, May 26, 2006 1:50 PM
**To:** Paul Perialas
**Cc:** Evans, John N (US - Jericho)
**Subject:** Your questions

Paul,

Can you provide me with a quick e-mail outlining the actual steps relating to the "assignment" of the loan from John Calicchio to Steven. Specifically, is Steven going to put the cash into ATC and then is ATC going to use that money to pay John (John's shipping Company)? Or is the money being transferred some other way? We want to ensure that we understand the actual steps of the transaction.

Also, ATC should file the short period return for D&D and pay the liability. As ATC owns the stock, it is ATC's responsibility to file that return unless the agreement states otherwise.

Pam

**Pamela Bialkin**
Senior Manager
Tax Services
Deloitte & Touche LLP

Direct: +1 516 918 7164
Main:  +1 516 918 7000
Fax:   +1 516 918 8082
pbialkin@deloitte.com
www.deloitte.com

Two Jericho Plaza
Jericho, NY 11753-1683
USA

2/26/2008

PNJ 216123

**EXHIBIT 5**

*****Any tax advice included in this written or electronic communication was not intended or written to be used, and it cannot be used by the taxpayer, for the purpose of avoiding any penalties that may be imposed on the taxpayer by any governmental taxing authority or agency*****

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. [v.T.1]

2/26/2008

PNJ 216124