**CONFIDENTIAL EXHIBIT**

**FILED ATTACHED TO COURTESY COPY TO**

**MAGISTRATE JUDGE GORENSTEIN**

**(USDC, SDNY, 07 CV 8410 (RMB) (GWG))**