FINANCIAL

ATC initially paid $8,500,000 for 100% of the capital stock of D&D with the sellers receiving $3,500,000 of cash and taking back a $5 million, 5 year note with an 8% coupon. Post closing adjustments have reduced the note down to $4,250,000. Wells Fargo Bank funded $2,500,000 of the cash portion via a senior secured credit facility charging 100 basis points over the prime rate on a variable basis. The shareholders of Argo contributed $1,000,000 of equity. Argo Turboserve Corporation was described as a highly leveraged conglomerate with about $2,000,000 of EBITDA on $61 million of sales, not giving effect to D&D.