| | |
|---|---|
| **From:** | joseph.mullen@wellsfargo.com |
| **Sent:** | Thursday, August 17, 2006 3:44 PM |
| **To:** | Paul Perialas |
| **Subject:** | term sheet |
| **Attachments:** | letter - term sheet2.doc |

Attached is revised term sheet. As I believed, there is no provision to reduce D&D's interest rate in the contract. It is P + 0.50%. If you read Section 2.10, you see that the rate reduction excludes D&D advances. The incentive pricing was on Argo only.

The proposed term sheet will reduce D&D's rate to match Argo's immediately at P + 0.25%. Incentive pricing will include D&D but reduce to P - 0.25% instead of P - 0.50% if targets are met. If you would prefer we can leave D&D at Prime + 0.50% and leave the incentive pricing on Argo only.

You will be getting a call from Joe Fanucci who will discuss the $347,200 from the Calicchio's. He has a few different ideas to discuss in order to get the Calicchio's the best returns possible.

<<letter - term sheet2.doc>>

Regards,

Joseph W. Mullen
AVP/Relationship Manager
Wells Fargo Business Credit
119 West 40th Street, 16th Floor
New York, New York 10018
phone: (646) 728-3230
fax: (646) 728-3279

If you do not wish to receive future email offers from this sender, please indicate so in an email reply or contact the sender via phone at the number provided. Email is not a secure transmission medium and should not be used to communicate confidential information. If you elect to send or receive information via email, Wells Fargo cannot assure its security and will not be liable if it is intercepted or viewed by another party.

EXHIBIT 9

PNJ300547

3/28/2008