

*Income Taxes*—In December 1996, the Company elected to be treated as an S Corporation for filing federal income tax returns. As such, the Company has no federal income tax liability. The Company has tax expenses of $30,452 and $10,960 for the years ended December 31, 2005 and 2004, respectively, for state income taxes.



- 6 -

CONFIDENTIAL
PNJ 226291

EXHIBIT 10