

# WACHTEL & MASYR, LLP

110 EAST 59TH STREET
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 909-9500
FACSIMILE: (212) 371-0320

LONG ISLAND OFFICE
1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, N.Y. 11530
TELEPHONE: (516) 248-4300
FACSIMILE: (516) 478-6798

EUROPEAN OFFICE
VIA G. LA PIRA, 21
FLORENCE, ITALY 50121
TELEPHONE: (055) 284147
FACSIMILE: (055) 268594

STEVEN J. COHEN
PARTNER
DIRECT DIAL: (212) 909-9505
DIRECT FAX: (212) 909-9463
cohen@wmllp.com

**MEMO ENDORSED**

July 24, 2008



**VIA HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re: Argo Turboserve Corporation v. Dean Angelle and Denise Angelle
 07 Civ 8410 (RMB) (GWG)

Dear Judge Berman:

We represent plaintiff Argo Turboserve Corporation. As discussed with Chambers, counsel for all parties are available for a status conference on July 30. New Orleans counsel for the defendants has requested permission to participate in the conference by telephone, and we have no objection to that.

We thank your Honor for consideration of this matter.

Respectfully submitted,

Steven J. Cohen

SJC/cb

Via Email

cc: Carl D. Rosenblum, Esq.
 Eric Michael Liddick, Esq.
 Elizabeth A. McCoy, Esq.
 Gregory W. O'Neill, Esq.

---

Application granted. A conference is scheduled for 7/30/08 at 9:45 a.m.

SO ORDERED:
Date: 7/25/08

Richard M. Berman, U.S.D.J.